ACCEPTED
12-14-00127-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/11/2015 11:40:38 AM
CATHY LUSK
CLERK

### IN THE COURT OF APPEALS FOR THE
### 12TH DISTRICT OF TEXAS AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/11/2015 11:40:38 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **THOMAS DARRELL HOWELL,** | § | |
| APPELLANT | § | |
| v. | § | **No. 12-14-00127-CR** |
| **THE STATE OF TEXAS**, | § | |
| APPELLEE | § | |
| | § | |

### STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, the State of Texas, by and through her Assistant District Attorney for Nacogdoches County, and tenders this motion for an extension of time to file the State's Answer to Appellant's Brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.2. In support of this motion, the State would show the following:

### I.

The case is styled *Thomas Darrell Howell v. The State of Texas*, and is an appeal from trial in the 420th District Court in Nacogdoches County, Texas, in cause number F1320262.

### II.

Appellant's brief was filed on January 11, 2014, and the State's answer in the instant case is currently due on February 11, 2015. The State respectfully

requests a 30-day extension of time to file the State's answer so that the answer will be due on March 13, 2015. The State has not previously requested an extension of time to file an answer.

## III.

The extension of time to file is not requested for the purpose of an improper delay but so that the State might adequately respond to Appellant's motion. The State alleges good cause exists for the extension due to counsel's preparation and work on other cases, namely:

- *The State of Texas v. Damion Deneih Yarbough*, Cause Number F1219118, wherein the defendant is charged with the offense of Possession of a Controlled Substance. A bench trial is currently scheduled for February 19, 2015.

- *The State of Texas v. Damarius Rashad Bruton*, Cause Number F1320353, wherein the defendant is charged with Burglary of Habitation. Jury selection begins February 23, 2015.

- *The State of Texas v. Jose Ignacio Lopez-Hernandez*, Cause Number F1320461, wherein the defendant is charged with Aggravated Sexual Assault of a Child. Jury Selection begins February 23, 2015.

- *The State of Texas v. Floyd Elmo Simpson*, Cause Number F1421046, wherein the defendant is charged with Driving While Intoxicated as a Third Offender. Jury Selection begins February 23, 2015.

- Moreover, this office is currently experiencing an exceptional volume of requests through the Freedom of Information Act for which we are not adequately staffed. Appellee has been forced to divert a great deal of time in response to these requests.

- Once these matters have been adequately addressed, Appellee will have the time to devote to this Answer to Appellant's Brief.

**WHEREFORE**, premises considered, the State respectfully requests that the Court grant the instant motion and extend the time for filing the State's answer for 30 days, until March 13, 2015.

Respectfully submitted,

Andrew E. Jones
Assistant District Attorney
Nacogodoches County, Texas
State Bar No. 24073562
101 West Main Street, Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
FAX: (936) 560-6036

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been served via FAX/certified mail/hand delivery on counsel for Appellant, John Henry Tatum II, on this, the 11th day of February, 2015.

Andrew E. Jones
Assistant District Attorney
Nacogdoches County, Texas
State Bar No. 24073562
101 West Main Street, Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
FAX: (936) 560-6036